# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0662
_____

TYSON N. WATSON,

Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


January 28, 2026


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

OSTERHAUS, C.J., and ROBERTS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tyson N. Watson, pro se, Petitioner.

Daniel Johnson, General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.